IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CR-58-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALI MOKBIL ABBAS OBAID, ) | |
| ) | |
| Defendant. ) | |

As discussed in open court and incorporated herein by reference, defendant's motion to dismiss [D.E. 19] and motion to suppress [D.E. 20] are DENIED.

SO ORDERED. This 10 day of February 2016.

JAMES C. DEVER III
Chief United States District Judge